**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEVEN P. FLEMING, | : | Civil Action No. 10-7226(FLW) |
| | : | |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| VETERANS ADMINISTRATION, | : | |
| *et al.*, | : | |
| | : | |
| Defendants. | : | |

        **THIS MATTER** having been opened to the Court by Zane D. Memeger, Esq., counsel for

Defendants Veterans Administration, George J. Opfer, Catherine Gromek and Christina Lavine

(collectively, "Defendants"), on a motion to dismiss *pro se* Plaintiff Steven P. Fleming's ("Plaintiff")

Complaint; it appearing that Plaintiff opposes the motion; it appearing that the Court having

reviewed the parties' submissions in connection with the motion pursuant to Fed. R. Civ. P. 78, for

the reasons set forth in the Opinion filed on even date and for good cause shown,

        **IT IS** on this 20th day of March, 2013,

        **ORDERED** that Defendants' motion to dismiss is **GRANTED**; and it is further

        **ORDERED** that Plaintiff's Complaint is **DISMISSED**.


                                                    /s/Freda L. Wolfson
                                                    Freda L. Wolfson, U.S.D.J.